UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:26-cv-00040

———

**Cory Mitchell,**

*Petitioner,*

v.

**United States of America,**

*Respondent.*

———

## ORDER

Petitioner moved to vacate, correct, or set aside his federal sentence under 28 U.S.C. § 2255. Doc. 2. The case was referred to a magistrate judge, who issued a report recommending that the court deny the motion and dismiss the case with prejudice. Doc. 8 at 9. The magistrate judge further recommended that the court deny movant a certificate of appealability sua sponte. *Id.* No party filed objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Petitioner's motion to vacate, correct, or set aside his sentence (Doc. 2) is denied and this case is dismissed with prejudice. A certificate of appealability is denied sua sponte. Any pending motions are denied as moot.

*So ordered by the court on July 21, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -